**Allarity Therapeutics, Inc. (ALLR)**                                                                    **Osman Mukeljic**

List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 9/9/2022 | 100 | $1.2400 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.2000 |
| Purchase/Acquisition | 9/9/2022 | 372 | $1.1800 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1850 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 177 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 62 | $1.1850 |
| Purchase/Acquisition | 9/9/2022 | 16 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 84 | $1.1850 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 39 | $1.1890 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1890 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1890 |
| Purchase/Acquisition | 9/9/2022 | 200 | $1.1890 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 500 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 400 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 500 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 100 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 1,426 | $1.1900 |
| Purchase/Acquisition | 9/9/2022 | 31 | $1.1900 |
| Sale | 4/20/2022 | (0.20) | $2.5700 |
| Sale | 7/7/2023 | (0.50) | $6.9200 |
| Sale | 4/16/2023 | (0.15) | $3.2000 |