## Financial Interest Analysis

**Company Name:** Allarity Therapeutics, Inc.
**Ticker:** ALLR
**Class Period:** 05/17/2022 - 07/19/2024
**Name:** Josh Hamann

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/27/2024 | 1,650,000 | $0.2183 | -$360,250.0000 | | $0.0000 | -$360,250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,650,000** | | | | **Subtotal:** | **-$360,250.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$204,997.98** |
| | | | $0.1242 | 1,650,000 | **Total:** | **-$155,252.02** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between July 22nd, 2024 and October 18th, 2024. On September 11, 2024, the Company completed a 1-for-30 Reverse Stock Split. All prices and quantities reflect a pre-Split basis.