# Exhibit 3

**Allarity Therapeutics, Inc. Loss Chart**
Class Period: May 17, 2022 through July 19, 2024 | Reverse Stock Split March 27, 2023 1:35 | Reverse Stock Split June 29, 2023 1:40 | Reverse Stock Split April 9, 2024 1:20 | Reverse Stock Split Sept. 11, 2024 1:30

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diego Lopez Paullada | 5/15/2024 | 666.6666667 | ($21.99) | (14,660.00) | | | | | | | | $3.76 |
| | 5/15/2024 | 333.3333333 | ($19.64) | (6,548.00) | | | | | | | | |
| | 5/20/2024 | 57.23333333 | ($18.30) | (1,047.37) | | | | | | | | |
| | 5/20/2024 | 66.66666667 | ($18.30) | (1,220.00) | | | | | | | | |
| | 5/20/2024 | 24.76666667 | ($18.30) | (453.23) | | | | | | | | |
| | 5/20/2024 | 805 | ($18.30) | (14,731.50) | | | | | | | | |
| | 5/20/2024 | 46.33333333 | ($18.30) | (847.90) | | | | | | | | |
| | 7/15/2024 | 23.63333333 | ($5.55) | (131.17) | | | | | | | | |
| | 7/15/2024 | 240 | ($5.55) | (1,332.00) | | | | | | | | |
| | 7/15/2024 | 26.66666667 | ($5.55) | (148.00) | | | | | | | | |
| | 7/15/2024 | 0.2 | ($5.55) | (1.11) | | | | | | | | |
| | 7/15/2024 | 709.5 | ($5.55) | (3,937.73) | | | | | | | | |
| | 7/19/2024 | 647.7666667 | ($5.55) | (3,595.11) | | | | | | | | |
| | 7/19/2024 | 10 | ($5.55) | (55.50) | | | | | | | | |
| | 7/19/2024 | 9.2 | ($5.55) | (51.06) | | | | | | | | |
| | 7/19/2024 | 533.0333333 | ($5.55) | (2,958.34) | | | | | | | | |
| | | 4200 | | (51,718.00) | | | | | 4200 | $15,787.54 | ($35,930.46) | |