UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| OSMAN MUKELJIC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLARITY THERAPEUTICS, INC., THOMAS JENSEN, JAMES G. CULLEM, STEVE R. CARCHEDI, JOAN Y. BROWN, and JENS ERIK KNUDSEN,<br><br>Defendants. | Case No.  1:24-cv-06952-VM |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF JED KLAYME FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Jed Klayme ("Klayme"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Klayme's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Klayme's financial interest in this litigation;

Exhibit B:    Press release published via *AccessWire* on September 13, 2024, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Klayme;

Exhibit D:    Declaration executed by Klayme; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 12, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1