# EXHIBIT A

**Allarity Therapeutics, Inc. (ALLR)**
**Class Period: May 17, 2022 to July 19, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**3/27/2023 1:35 reverse split; 6/29/2023 1:40 reverse split; 4/9/2024 1:20 reverse split; 9/11/2024 1:30 reverse split**

| | Purchase or Acquire | | | | Sales | | | | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $3.7300 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.3395 | ($2,340) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.2720 | ($2,272) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.2650 | ($2,265) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.4515 | ($2,452) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.5100 | ($2,510) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.2899 | ($2,290) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.4595 | ($2,460) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.4905 | ($2,491) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.5100 | ($2,510) | | | | | | | | |
| Jed Klayme | 5/2/2024 | 1,000 | $2.2200 | ($2,220) | | | | | | | | |
| Jed Klayme | 5/3/2024 | 4,897 | $1.1700 | ($5,729) | | | | | | | | |
| Jed Klayme | 5/3/2024 | 5,000 | $1.1700 | ($5,850) | | | | | | | | |
| Jed Klayme | 5/3/2024 | 1,699 | $1.1700 | ($1,988) | | | | | | | | |
| Jed Klayme | 5/3/2024 | 5,103 | $1.1800 | ($6,022) | | | | | | | | |
| Jed Klayme | 5/3/2024 | 8,301 | $1.1961 | ($9,929) | | | | | | | | |
| Jed Klayme | 5/3/2024 | 5,000 | $1.1542 | ($5,771) | | | | | | | | |
| Jed Klayme | 5/7/2024 | 5,202 | $0.8798 | ($4,577) | | | | | | | | |
| Jed Klayme | 5/7/2024 | 4,211 | $0.8649 | ($3,642) | | | | | | | | |
| Jed Klayme | 5/7/2024 | 587 | $0.8970 | ($527) | | | | | | | | |
| Jed Klayme | 5/8/2024 | 10,000 | $0.7329 | ($7,329) | | | | | | | | |
| Jed Klayme | 5/10/2024 | 10,000 | $0.7501 | ($7,501) | | | | | | | | |
| Jed Klayme | 5/13/2024 | 5,433 | $0.8121 | ($4,412) | | | | | | | | |
| Jed Klayme | 5/13/2024 | 3,503 | $0.8070 | ($2,827) | | | | | | | | |
| Jed Klayme | 5/13/2024 | 1,064 | $0.8144 | ($867) | | | | | | | | |
| Jed Klayme | 5/21/2024 | 10,000 | $0.5789 | ($5,789) | | | | | | | | |
| Jed Klayme | 5/21/2024 | 10,000 | $0.5630 | ($5,630) | | | | | | | | |
| Jed Klayme | 5/21/2024 | 2,500 | $0.5810 | ($1,453) | | | | | | | | |
| Jed Klayme | 5/21/2024 | 10,000 | $0.5800 | ($5,800) | | | | | | | | |
| Jed Klayme | 5/28/2024 | 10,000 | $0.5850 | ($5,850) | | | | | | | | |
| Jed Klayme | 5/28/2024 | 10,000 | $0.5889 | ($5,889) | | | | | | | | |
| Jed Klayme | 5/28/2024 | 10,000 | $0.5800 | ($5,800) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 400 | $0.2042 | ($82) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 2,400 | $0.2042 | ($490) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 400 | $0.2042 | ($82) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |

*Avg Closing Prices from July 22, 2024 to October 18, 2024

**Allarity Therapeutics, Inc. (ALLR)**
**Class Period: May 17, 2022 to July 19, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**3/27/2023 1:35 reverse split; 6/29/2023 1:40 reverse split; 4/9/2024 1:20 reverse split; 9/11/2024 1:30 reverse split**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $3.7300 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 400 | $0.2042 | ($82) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 9,600 | $0.2042 | ($1,960) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 400 | $0.2042 | ($82) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 300 | $0.2042 | ($61) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 9,600 | $0.2042 | ($1,960) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 700 | $0.2042 | ($143) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 9,600 | $0.2042 | ($1,960) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 100 | $0.2042 | ($20) | | | | | | | | |
| Jed Klayme | 6/26/2024 | 4,900 | $0.2042 | ($1,001) | | | | | | | | |
| Jed Klayme | 9/11/2024 | 182,000 | | | | | | | | | | |
| Jed Klayme | 9/11/2024 | 6,067 | 1:30 reverse split | | | | | | | | | |
| **Jed Klayme** | | **182,000** | | **($135,053)** | | **0** | | **$0** | **182,000** | **6,067** | **$22,629** | **($112,425)** |

*Avg Closing Prices from July 22, 2024 to October 18, 2024