**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_11/19/2024_

OSMAN MUKELJIC, Individually and on
Behalf of All Others Similarly
Situated,

                      Plaintiff,

            - against -

ALLARITY THERAPEUTICS, INC., THOMAS
JENSEN, JAMES G. CULLEM, STEVE R.
CARCHEDI, JOAN Y. BROWN, and JENS ERIK
KNUDSEN,

                      Defendants.

**24 Civ. 6952 (VM)**

ORDER

**VICTOR MARRERO, United States District Judge.**

On November 12, 2024, three movants filed competing motions for appointment as lead plaintiff and approval of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PLSRA") in this case. (See Dkt. Nos. 7-15.) Based upon a preliminary review of the submissions, it appears that Josh Hamann is the movant with the "largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii); see Dkt No. 8 at 7.

To conserve judicial resources, the parties seeking lead plaintiff status are directed to meet and confer within two weeks to endeavor to resolve the dispute in light of the submissions. The parties shall file a joint letter by December 3, 2024, informing the Court whether

1

they have reached a resolution or, if not, whether they request additional briefing on the lead plaintiff appointment.


**SO ORDERED.**

Dated:     19 November 2024
           New York, New York

_____
        Victor Marrero
         U.S.D.J.