```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSMAN MUKELJIC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLARITY THERAPEUTICS, INC., THOMAS JENSEN, JAMES G. CULLEM, STEVE R. CARCHEDI, JOAN Y. BROWN, and JENS ERIK KNUDSEN,<br><br>Defendants. | Case No. 1:24-cv-06952-VM |

### STIPULATION AND ORDER RE LEAD PLAINTIFF'S VOLUNTARY DISMISSAL

Lead Plaintiff Josh Hamman ("Hamman" or "Lead Plaintiff") and Defendants Allarity Therapeutics, Inc., Thomas Jensen, James G. Cullem, Steve R. Carchedi, Joan Y. Brown, and Jens Erik Knudsen ("Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on December 9, 2024, the Court appointed Hammon as Lead Plaintiff and approved his selection of Glancy Prongay & Murray LLP as Lead Counsel for the putative class (Dkt. No. 26);

**WHEREAS**, on the same day, December 9, 2024, the Court ordered the Parties to "meet and confer and jointly submit for the Court's approval a proposed schedule for the filing of an amended complaint . . . Defendants' response to the same, and all briefing or other submissions associated with any motion(s) to dismiss" within 14 days; and

**WHEREAS**, the Parties stipulated that Lead Plaintiff would file his amended complaint on or before February 21, 2025;

**WHEREAS**, in lieu of filing an amended complaint, Lead Plaintiff has decided to voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A);

**WHEREAS,** no opposing party has answered or moved to dismiss;

**WHEREAS**, the Parties have agreed that each party shall bear its own costs and attorneys' fees and that no party asserts that any of the Parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure;

**NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE**, as follows:

1. The above-captioned action is dismissed without prejudice; and
2. Each party shall bear its own costs and attorneys' fees.

Respectfully Submitted,

DATED: February 24, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Gregory B. Linkh

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

*Counsel for Lead Plaintiff*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

DATED:  February  24, 2025

**VENABLE LLP**

By: /s/ *[signature]*
George Kostolampros
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4426
Facsimile: (202) 344-8300
GKostolampros@Venable.com

Xochitl S. Strohbehn 1
51 West 42nd Street, 49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
XSStrohbehn@Venable.com

*Counsel for Defendants Allarity Therapeutics, Inc. and Thomas Jensen*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/
Paul W. Kisslinger
2112 Pennsylvania Ave. N.W., Suite 500 Washington, D.C. 20037
Telephone: (202) 558-0665
Facsimile: (202) 558-0654
Paul.kisslinger@lewisbrisbois.com

*Counsel for Defendants James G. Cullem, Joan Y. Brown, and Jens Erik Knudsen*

**TROUTMAN PEPPER LOCKE LLP**

3

DATED: February 24, 2025

**VENABLE LLP**

By: /s/
George Kostolampros
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4426
Facsimile: (202) 344-8300
GKostolampros@Venable.com

Xochitl S. Strohbehn 1
51 West 42nd Street, 49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
XSStrohbehn@Venable.com

*Counsel for Defendants Allarity Therapeutics, Inc. and Thomas Jensen*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Paul W. Kisslinger
Paul W. Kisslinger
2112 Pennsylvania Ave. N.W., Suite 500 Washington, D.C. 20037
Telephone: (202) 558-0665
Facsimile: (202) 558-0654
Paul.kisslinger@lewisbrisbois.com

*Counsel for Defendants James G. Cullem, Joan Y. Brown, and Jens Erik Knudsen*

**TROUTMAN PEPPER LOCKE LLP**

By: /s/
Michael S. Lowe
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4365
Facsimile: (215) 981-4750
Michael.Lowe@troutman.com

*Counsel for Stefano Carchedi*

4

DATED: February 24, 2025

**VENABLE LLP**

By: /s/ _____
George Kostolampros
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4426
Facsimile: (202) 344-8300
GKostolampros@Venable.com

Xochitl S. Strohbehn 1
51 West 42nd Street, 49th Floor
New York, NY 10036
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
XSStrohbehn@Venable.com

*Counsel for Defendants Allarity Therapeutics, Inc. and Thomas Jensen*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ _____
Paul W. Kisslinger
2112 Pennsylvania Ave. N.W., Suite 500 Washington, D.C. 20037
Telephone: (202) 558-0665
Facsimile: (202) 558-0654
Paul.kisslinger@lewisbrisbois.com

*Counsel for Defendants James G. Cullem, Joan Y. Brown, and Jens Erik Knudsen*

**TROUTMAN PEPPER LOCKE LLP**

By: /s/ _____
Michael S. Lowe
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4365
Facsimile: (215) 981-4750
Michael.Lowe@troutman.com

*Counsel for Stefano Carchedi*

4

**IT IS SO ORDERED.**

Dated: February 25, 2025

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

5